UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JEFF M. GREEN, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant | Civil No.  3:10-CV-05848-BHS-JRC <br><br> ORDER AMENDING THE SCHEDULING ORDER |

Based on the motion by Defendant (ECF No. 15) and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 20, 2011;
- Plaintiff shall file the optional Reply Brief on or before June 3, 2011; and
- Oral argument, if desired, shall be requested by June 10, 2011.

DATED this 23rd day of March 2011.

_____
J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:10-CV-05848-BHS-JRC]